THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Aaron Lee, Appellant.
 
 
 

Appeal From Dorchester County
  James C. Williams, Jr., Circuit Court
Judge

Unpublished Opinion No. 2008-UP-652
 Submitted December 1, 2008  Filed
December 4, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Teresa A. Knox, Tommy Evans, Jr., and John Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: Aaron Lee appeals his probation revocation, arguing the trial court erred in revoking his probation without holding a full evidentiary
 hearing.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to
 be relieved. [1] 
APPEAL
 DISMISSED.
Hearn, C.J., Short and Konduros,
JJ., concur

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.